# UNITED STATES DISTRICT COURT
# FOR THE
## Middle District of Georgia

<u>Plaintiff</u>

Mr. V. O. Robinson Sr.

vs.

<u>Defendant</u>

Mr. Lamonte E. Scott
And
Lamonte E. Scott Law Firm

Mr. Phillip M. Brown

Mr. Manley F. Brown
And
O'Neal + Brown Law Firm

And   The State Bar of Ga.

and Employee   Ms Paula J. Frederick C.E.O.

Ms A. Nash   Mr Jonathan Hewett

Ms L. Burgess   Mr Wm. P. Smith III

Civil Action No. 3:21-cv-94

Please note: My cause for action NOW! If there was ever a case for the RICO Law Civil And Criminal Act.

From Mr. Victor O. Robinson   706 380-6410
P.O. Box 80772
Athens, Ga. 30608

Greeting Mr Christopher Carr.
The State Attorney General of Ga.
The reason for my letter is that i got Blind sided by my Three Attorneys in stealing $200.000.00 of my settlement funds and as of my writing this letter to you, there might be evening more Money in all of these fraud scheme. But first Let me say these important facts NOW Please Note my Lawyers Accounting documents is not Accurate at all. And also The Lawyers and i never had a conversation about my Medicaid at all. And the reason i say this is because my Lawyers told a big Lie to the State Bar of Ga. about my Medicaid and we never did at all. And Now let me tell you about another important part of my complaint about my Lawyers. Please Note these Lawyers Never wanted me to have my file back from at all, And After going back in for to Macon Ga. from Athens 3 times

2.

and on my third time i went from Macon, Ga. to Atlanta, Ga to the Ga. Dept. of Law for help. And they gave me the State Bar of Ga. Also on the same day i went to the State Bar of Ga. for help and they gave the grievance form to mail back to them to help me, And also i gave them the Lawyers Name and Phone No. for they can find out why these Lawyers Never Wanted to return my file back and when i did talk to mr P. m. Brown he said i will have to wait about 7 years before i can get them. And i said to myself B/S. the Lawyer must be crazy to think i'm going wait that long to get my file and it taken me 346 days in getting them to find out what they Paid and did Not Pay and where is my money is at, because they Never try to call me back at all except on 8-6-14 to come down to Macon, Ga. to sign a release and i only sign one release on 8-7-14. And i Never knew anything about another release at all. until the State Bar of Ga Sent me a copy of the other release i Never knew anything about at all.

3. And my Lawyer Mr. P.M. Brown Fail to return my release copy I did sign on 8-7-14 with the file that taken 346 days in getting back Lawyer Mr. P.M. Brown told me on 8-8-14 that i have to Pay my Athens Regional Hospital bill because medicaid did not Pay my Hospital bill, but once they do i can get all of my money back and that is what my Lawyer said to me in Plain Sight. NOW i know that was a big ass Lie. NOW Please see my Hospital Lien Exhibit JR. 1# Showing that my Hospital bill was already Paid 8 months before a settlement came about and my Lawyer Mr. P.m. Brown and the other Lawyers already knew this, Because every thing in the file the Lawyers sent back to me, out Lining it and Medicaid had already sent them the Lawyers the requested information the Lawyer ask for. And they also Ask medicaid to reduce my Hospital Pay out to. $20,000.00 and medicaid did do that But right after medicaid did that my Lawyers Jake the Price up to $7,680.52 to steal more money from me in Plain Sight. But they did. But not only that did it again in the Hospital bill to the Hospital bill Jump up from $94,387.52 TO $95,420.83

4.

to steal more money from me in Plain sight. And that is not all there is more crimes, some that i just show you was out right stealing of my settlement funds and there is also a check for $91,575.98 a Premeditated at best because my Lawyer Mr. P.M. Brown gave me this check on 8-8-14 but it had a date on check 9-9-14 Now Why did this Lawyer give me a check with the wrong date on it for in the first Place and he could have not Put the right date on the check or rewrite the check, but Please note there was a scam was Played on me with the check for $91,575.98 on the 8-8-14 and i still have not been Paid at all on this check and i told the state Bar of Ga. a Lots of times about this check but Ms A. Nash of the state Bar of Ga. Keep asking the Bad Lawyer Mr. P.M. Brown about the check and she Keep telling me that Mr P.M. Brown said the check clear Now Please tell me what type of a investigation when you ask a Bad Lawyer did a check clear. And why the State Bar of Ga.

5. did not get a court order to fine out the real truth about the check for $91.575.98 what was the State Bar of Ga. Hiding and did not want the real truth to be told. Because the State Bar of Ga. Never told me about my head Lawyer at all that he work for the State Bar of Ga. Teaching Law school for the State Bar of Ga.. And they Never told me about it all and the State Bar of Ga. Should have recuse them self from the beginning when they knew one of my Lawyer was mr M.f. Brown and son the State Bar of Ga Should have call in the "G.B.I." to do the investigation for them. so that is why the State Bar of Ga. Jump down the Rabbit hole with these Bad No good Lawyers to steal from me and got away with the many, many Willfully, intentionally, Premeditated, Fraudulently, False Pretenses, Forgery of my Signature on a release that i did not sign at all. So Now as you all can see Plainly. But see all of my Exhibits.

b.

on the settlement statement showing the Jake up Price and again the State Bar of Ga. did Nothing and said Nothing at all i see why there is so many Bad Lawyers in Ga. Because the State Bar of Ga. over Look everything is it because one of my Lawyers teach Law school at Mercer Unv. And he is also my Lawyer too. it make No sense at all. And Now Mr. Chris Carr you see for your Self. I have No other choice but to File Suit on the State Bar of Ga. and the Attorneys also this a Miscarrage of Justice I was right in my first State Bar of Ga filing my Hospital bill was already Paid off 8 months before and my Lawyers Mr P.M. Brown and Mr L.E. Scott already knew this and had all of the evidence in their file and did Nothing but <u>Rob-me</u> of my settlement and with the help by the State Bar of Ga. Please Note I told the truth about everything. Please see my Exhibits  Thank you for your time Mr Chris Carr.

1.

Please Note mr C. Carr, when i file my very first time my father in heaven and me did the best we could do together and i thank god for that. Now what i really had a hard time with is that the Lawyers had a Lots of the documents was redacted i did not know what was on the Papers at all due to my eye vision and my Lawyer mr P.m. Brown knew i had bad eye vision so i think that is why he had the Papers redacted so i could not tell and over look the truth, and the Lord said to me, is take them to the copy center for help and thank god i did. But still no Luck for the release i did sign on 8-7-14 my Lawyer fail to return the release copy that i did sign on 8-7-14 but thank god i did find the copy of the one in my mother Bible where i had Put it but forgot. Now Please remember i Never knew anything about the fake release that my Lawyer mr P.m. Brown made up

b.

on the settlement statement showing the Jake up Price and again the State Bar of Ga. did Nothing and said Nothing at all i see why there is so many Bad Lawyers in Ga. Because the State Bar of Ga. Overlook everything is it because one of my Lawyers teach Law school at Mercer Unv. And he is also my Lawyer too. it make No sense at all. And Now Mr. Chris Carr you see for your self. I have No other choice but to File Suit on the State Bar of Ga. and the Attorneys also this a Miscarrage of Justice I was right in my first State Bar of Ga filing my Hospital bill Was already Paid off 8 months before and my Lawyers Mr P.M. Brown and Mr L.E. Scott already knew this and had all of the evidence in their file and did Nothing but Rob-me of my settlement and with the help by the State Bar of Ga. Please Note I told the truth about everything. Please see my Exhibits   Thank you for your time Mr Chris Carr.

Please Note Mr C. Carr, When i file my very first time my father in heaven and me did the best we could do together and i thank god for that. Now what i really had a hard time with is that the Lawyers had a Lots of the documents was redacted i did not know what was on the Papers at all due to my eye vision and my Lawyer Mr P.M. Brown knew i had bad eye vision so i think that is why he had the Papers redacted so i could not tell and over look the truth, and the Lord said to me, is take them to the copy center for help and thank god i did. But still no Luck for the release i did sign on 8-7-14 my Lawyer fail to return the release copy that i did sign on 8-7-14 but thank god i did find the copy of the one in my mother Bible where i had put it but forgot. Now Please remember i Never knew anything about the fake release that my Lawyer Mr P.M. Brown made up

and forge my signature on and like i said before i never see that document before and my Lawyer Mr. Brown never tell me about another release at all, but that is the Big Lie in what he told the State Bar of Ga. and that is why my Lawyer Mr P.M. Brown, <u>Premeditated</u> my release that i did sign on 8-7-14 and this start the real Big Lie or Lies by the Lawyers the Premeditated fraud scheme start with number 4 on the bottom of my release that i did sign on 8-7-14 when it should had at the bottom of page a number 2 on it. Because my first, two, documents the first legal document was a settlement statement that was number 1 one and the other document had the number 4 on it and not the number 2 on it and also that is when my Lawyer Mr. Brown told me a big Lie that medicaid did Not pay my Hospital bill And NOW i know that was a Big Lie After taken 346 day in getting Back

9.

NOW on 4-1-14 my Lawyer mr P.M. Brown won on 4-1-14 with a 5 days old documents that did not tell the real truth that my Lawyers had got from Athens Regional Hospital who help them with these Lies to steal my money mr P.M. Brown gave the Hospital $57,000.00 Jake up the Price to steal more of my money and Lie with the Hospital When my Lawyer already knew that Medicaid had already Paid my bill and Medicaid had sent the Lawyers the documents that he had requested from medicaid and my already knew that Athens Regional Hospital had file a claim to medicaid and got Paid by Medicaid and Jake up the Price on this one also to get more of my money and got away with it, the crime and thanks to the State Bar of Ga. help. And they over look everything in my complaint Just to not Let these Lawyers to not get Disbarred from Law. And did not care about me at all.

10.

And still my cause for action is for the truth and Honesty And that is what i thought my Lawyers and the State Bar of Ga was about But as you can see right in Plain sight i got Blinded by them together and the State Bar of Ga help them to get away With the many crime schemes, Ali-bi. Perjury, and outright Stealing of my Settlement funds.

And my cause for Action Now i want these 3 Lawyers a warrant for they arrested and Not to to get out until they return all of my stoling money With interest before they can get of Jail and also i'm Seeking a Jury Trial in federal court and Under the Rico Law act case For my money and disbarredment of Law in the Georgia Supreme court in a special emergency session of the court A.S.P.

Please Note all of this in my cause for Action is a making of their own. to steal from me

The Plaintiff Mr. V. O. Robinson

Mr. V. O. Robinson
6-21-21

11.

i know it might be hard to understand my writing some time for me too. But Please try to understand my complaint if you can and i will be more than happy to come to atlanta if you need me too. Please see all of my Exhibit VR.

    Thank you for your time.

                    God Bless

               mr. Victor Robinson

            706 380 6410

   P.O. Box 80772

   Athens, Ga. 30608